UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-13199
DONNA MALOK )
) Chapter: 13
) Honorable Timothy Barnes
)
Debtor(s) )

## ORDER MODIFYING PLAN

THIS CAUSE COMING TO BE HEARD upon the Debtor's Motion To Modify Plan; due notice having been given; and, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

The Debtor's plan is modified such that the debt owed to Job DeJesus Robles is moved from section E.3.1 of the plan to section E.8 of the plan.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 27, 2016

**Prepared by:**

Robert J. Skowronski
Law Offices of Robert J. Skowronski, Ltd
5491 N. Milwaukee Ave
Chicago, IL 60630
773-283-1600