UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 16-13199 |
| DONNA R. MALOK ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming on to be heard on the motion of REGIONAL ACCEPTANCE CORPORATION to modify the restraining provisions of § 362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises, It is hereby ordered:

1. That the stay is modified so as not to restrain REGIONAL ACCEPTANCE CORPORATION, from pursuing non bankruptcy remedies with respect to the 2012 Volkswagen Golf; VIN WVWDA7AJ9CW287757, and the co-debtor, Steven Malok.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 27, 2017

**Prepared by:**

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for Regional Acceptance Corporation