UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-13199
DONNA MALOK )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

THIS CAUSE COMING TO BE HEARD upon the Debtor's Motion to Modify Plan; due notice having been given; and, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

A. The Debtor's plan is modified to pay post-confirmation mortgage arrearages of $15,899.91 to Bank of America NA;

B. The Debtor's plan payments in months 16 through 60 shall be set at $647.40 per month.

C. In the event Creditor fails to receive any one post-petition mortgage payment after the entry of this order or if the Debtor fails to make plan payments such that a two-month default accrues after the date of this order, Creditor may send notification of such default to Debtor and Debtor's attorney and Debtor must cure in 10 days or the stay shall be modified upon the filing of a notice of modification of stay with the court.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 10, 2017

**Prepared by:**

Robert J. Skowronski
Law Offices of Robert J. Skowronski, Ltd
5491 N. Milwaukee Ave
Chicago, IL 60630
773-283-1600